IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| HOUSTON MORGAN, JR. ) | Case No. 17 B 20304 |
| ) | Hon. JACK B. SCHMETTERER |
| ) | Chapter 7 |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on January 4, 2018 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Mehul D. Desai, attorney for debtor
mdesai@swansondesai.com

Houston Morgan, Jr.
5038 W. Van Buren St. - unit B
Chicago, IL 60644

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Capital One Bank USA
by American InfoSource LP
PO Box 7083
Charlotte, NC 28272-1083

Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent
PO Box 657
Kirkland, WA 98083-0657

```
Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

TD Bank by American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management
PO Box 41021
Norfolk, VA 23541

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035
```

  /s/ Allan J. DeMars
Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603