# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HOUSTON MORGAN, JR. § Case No. 17-20304
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $21,310.25 | Assets Exempt: | $4,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,570.24 | Claims Discharged Without Payment: | $75,985.69 |
| Total Expenses of Administration: | $1,461.73 | | |

3) Total gross receipts of $6,031.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,031.97 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $18,331.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,461.73 | $1,461.73 | $1,461.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $20,000.00 | $19,715.02 | $19,715.02 | $4,570.24 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $39,108.00 | $29,420.69 | $29,420.69 | $0.00 |
| **TOTAL DISBURSEMENTS** | $77,439.00 | $50,597.44 | $50,597.44 | $6,031.97 |

4) This case was originally filed under chapter  7  on 07/07/2017 .
The case was pending for     8    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2018                                         By: /s/ ALLAN J. DeMARS
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds of life insurance policy | 1129-000 | $6,031.97 |
| **TOTAL GROSS RECEIPTS** | | **$6,031.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLY FINANCIAL | 4210-000 | $18,331.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $94.75 | $94.75 | $94.75 |
| Allan J. DeMars | 2100-000 | N/A | $1,353.20 | $1,353.20 | $1,353.20 |
| Allan J. DeMars | 2200-000 | N/A | $13.78 | $13.78 | $13.78 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,461.73 | $1,461.73 | $1,461.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $16,000.00 | $14,661.50 | $14,661.50 | $3,398.76 |
| 12 | Illinois Dept of Revenue | 5800-000 | $4,000.00 | $5,053.52 | $5,053.52 | $1,171.48 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $20,000.00 | $19,715.02 | $19,715.02 | $4,570.24 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $16,238.17 | $16,238.17 | $0.00 |
| 2 | Capital One Bank | 7100-000 | $2,466.00 | $2,466.94 | $2,466.94 | $0.00 |
| 3 | Capital One Bank | 7100-000 | $704.00 | $704.55 | $704.55 | $0.00 |
| 4 | Merrick Bank | 7100-900 | $2,090.00 | $1,798.32 | $1,798.32 | $0.00 |
| 5 | PYOD LLC | 7100-900 | $1,742.00 | $1,742.57 | $1,742.57 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Quantum3 Group LLC | 7100-000 | $378.00 | $424.25 | $424.25 | $0.00 |
| 7 | Premier Bankcard/Jefferson Capital Systems | 7100-900 | $535.00 | $597.30 | $0.00 | $0.00 |
| 8 | TD Bank USA | 7100-900 | $899.00 | $955.31 | $955.31 | $0.00 |
| 9 | Department Stores National Bank | 7100-000 | $536.00 | $536.46 | $0.00 | $0.00 |
| 10 | Synchrony Bank | 7100-000 | $719.00 | $719.17 | $719.17 | $0.00 |
| 11 | Synchrony Bank | 7100-000 | $805.00 | $805.83 | $805.83 | $0.00 |
| 12 | Illinois Dept of Revenue | 7100-000 | $0.00 | $2,431.82 | $2,431.82 | $0.00 |
| | 22 SCHEDULED WITH NO CLAIM FILED | | $28,234.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $39,108.00 | $29,420.69 | $29,420.69 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 17-20304                                                                                     Trustee Name: Allan J. DeMars

Case Name: HOUSTON MORGAN, JR.                                              Date Filed (f) or Converted (c): 7/7/17 (F)

For Period Ending: 3/31/18                                                           §341(a) Meeting Date: 8/9/17

                                                                                                          Claims Bar Date: 11/13/17; GOV'T 1/3/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  GMC Terrain | 19,450.00 | 0.00 | | | FA |
| 2  household goods & furn | 1,000.00 | 0.00 | | | FA |
| 3  electronics (tv/laptop) | 500.00 | 0.00 | | | FA |
| 4  clothing | 400.00 | 0.00 | | | FA |
| 5  costume jewelry | 50.00 | 0.00 | | | FA |
| 6  cash | 10.00 | 0.00 | | | FA |
| 7  United Credit Union-chk | .25 | 0.00 | | | FA |
| 8  United Credit Union-sav | 0.00 | 0.00 | | | FA |
| 9  Protective whole life | 9,871.65 | 6,031.97 | | 6,031.97 | FA |

TOTALS (Excluding unknown values)                                       6,031.97                                    6,031.97

(Total Dollar Amount in Column 6)

**EXHIBIT "9" – FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 17-20304 | Trustee's Name: | Allan J. DeMars |
| --- | --- | --- | --- |
| Case Name: | HOUSTON MORGAN, JR. | Bank Name: | Associated Bank |
| Taxpayer ID#: | xx-xxx6772 | Initial CD #: | CDI |
| For Period Ending: | 3/31/18 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Checking Acct#: | xxxxxx4368 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 9/8/17 | Ref 9 | from debtor | turnover of non-exempt portion of surrender value in whole life policy | 1129-000 | 6,031.97 | | 6,031.97 |
| 9/15/17 | | Associated Bank/ DeLuxe check printing | check printing charges | 2600-000 | | 49.75 | 5,982.22 |
| 10/13/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 5,967.22 |
| 11/14/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 5,952.22 |
| 12/14/17 | | Associated Bank | bank service fee | 2600-000 | | 15.00 | 5,937.22 |
| 1/30/18 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,353.20 | 4,584.02 |
| 1/30/18 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 13.78 | 4,570.24 |
| 1/30/18 | Check 1003 | Internal Revenue Service | 507(a)(8) | 5800-000 | | 3,398.76 | 1,171.48 |
| 1/30/18 | Check 1004 | Illinois Dept of Revenue | 507(a)(8) | 5800-000 | | 1,171.48 | 0.00 |
| | | | | COLUMN TOTALS | 6,031.97 | 6,031.97 | 0.00 |
| | | | | Less: Bank transfers/CD | | | |
| | | | | Subtotal | | | |
| | | | | Less: Payments to debtor(s) | | | |
| | | | | Net | 6,031.97 | 6,031.97 | 0.00 |

```
TOTAL - ALL ACCOUNTS                    NET DEPOSITS    DISBURSEMENTS       BALANCES
Checking# xxxxxx4368                        6,031.97         6,031.97           0.00
Money Market #
Savings #
CD #CDI
Net                                         6,031.97         6,031.97           0.00
                                       Excludes account  Excludes payments  Total Funds
                                           transfers         to debtor         on Hand
```